IN THE UNITED STATES DISTRICT COURT
FOR THE __Middle__ DISTRICT OF TENNESSEE
__Middle__ DIVISION

__Jayseph Ryan Gunn #475851__,

_____,

_____,
(Enter above the full name of the plaintiff or
Plaintiffs in this action)

vs.

__Core Civic__,

__Tennessee Dept. of Correction__,

_____,
(Enter above the full name of the defendant
or defendants in this action)

RECEIVED
AUG 05 2024
U.S. District Court
Middle District of TN

Docket /Complaint No.: _____

JURY TRIAL DEMANDED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. 1983

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes: (✓)   No: ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s): __Jayseph Ryan Bellomy-Gunn #475851__

1

_____
_____
_____
_____

Defendant(s): **West TN State Prison** _____
_____
_____
_____
_____

2. Court (If federal Court, name the district Court; If State Court, name the County.):

**Western** _____
_____

3. Docket Number: __**N/A**__
4. Name of judge to whom case was assigned: __**N/A**__
5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending or result of the previous lawsuit? For example, was it dismissed, appealed, or still pending?
**Dismissed, Facility Denied me Legal Assistance.**
_____
_____

6. Approximate date of filing lawsuit: __**2013**__

7. Approximate date of disposition: __**2013/2014**__

II. **PLACE OF PRESENT CONFINEMENT:** South Central Correctional Facility
P.O. Box 279
555 Forrest Ave
Clifton, Tennessee 38425-0279

A. Is there a prisoner grievance procedure in the institution? Yes: (X) No: ( )

B. Did you present the facts relating to your complaint in the State prisoner grievance

2

procedure? Yes: (**X**) No: ( )

C. If your answer is yes:

1. What steps did you take? _FILED A grievance._
2. What was the result? _WAS TOLD my grievance WAS INApproate Due To me grieving DISCIPLINARY proceedings._

D. If your answer is no, explain why not: _N/A_

E. If there is not prisoner grievance procedure in the institution, did you complain to prison authorities Yes ( ) No (✗)

F. If our answer is yes,

1. What steps did you take? _N/A_
2. What was the result? _N/A_

## III. PARTIES:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any)

A. Name of plaintiff(s): _Jayseph Ryan Gunn #475851_

Address: _555 Forrest Ave_
_PO Box 279_
_Clifton Tenn, 38425_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, position, and places of employment of any additional defendants.)

B. Defendant: Grady Perry is employed as Warden at South Central Correctional Facility

C. Additional Defendants: Robert Turman T.D.O.C. Contract Monitor For private Managed Facilities "CMO" (SCCF), Cierra Pierce Disciplinary Hearing Officer (SCCF) South Central Correctional Facilities.

IV. STATEMENT OF YOUR CLAIM:

State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I I/m Jayseph Ryan Gunn #475851, was accused of a Disciplinary infraction where the staff Cierra Pierce Disciplinary Hearing officer and Robert Turman "CMO" (T.D.O.C) Willingly and Knowingly Held my Hearing without myself or any Representation, Forged Documentations and Deprive me of my Rights and Assistance. Grady Perry "Warden" of South Central Correctional Facility, Willingly and

V. RELIEF:

State briefly EXACTLY what you want the court to do for you. Make no legal argument, Cite no cases or statutes.

4

## IV. Statement of Your Claim Continuation:

Knowingly allowed his staff to violate policies and intentionally allowed the staff to enforce max punishments with excessive use of restraints. Marcus Townsend #545401, whom is an inmate advisor here at South Central Correctional Facility were this inmate works for the disciplinary hearing officer Ms. S/O Cierra Pierce appointed by "Warden" Grady Perry, name and T.D.O.C. number was forged on my summary form for my hearing that was held on Feb 26, 2024 in Skylab Housing Unit, at approx 14:29Hrs. This S/O Ms. Pierce stated on documentations, that on Feb 26, 2024, inmate advisor Marcus Townsend #545401 was present for my hearing to represent me and that we had adquate time to prepare for my defense. From 2/23/24 - 2/26/24 @ approx 14:29Hrs, no staff member or inmate from the Dept. of Disciplinary came and spoke to me about the said infraction.

On 5/16/23 I/M Gunn #475851 recieved my summary forms to file my appeal 3 months after said infraction. These forms are to be handed over 5 days after conclusion of hearing.

On 5/22/24, inmate advisor Townsend #545401 and Ms. "DHO" S/O Pierce came to my cell door in Skylab Housing Unit (cell #B111) and Mr. Townsend #545401 told Ms. S/O Pierce infront of me about forging documentations, in which statement(s) made are false. Ms. S/O Pierce acknowledge that this I/M advisor was not present and no one was present to represent me during my hearing on 2/26/24 @ approx 14:29Hrs; T.D.O.C.

IV.

Offical whom oversee's ALL CLASS "A" INFRACTIONS, To MAKE SURE THAT ALL HEARINGS AND T.D.O.C. Policies ARE BE UPHELD IN A FAIR AND IMPARTIALLY. THIS T.D.O.C Offical FAILED TO UPHOLD HIS DUTIES AS THE CONTRACT monitor officer For SOUTH CENTRAL CORRECTIONAL Facility AND Willingly, KNOWINGLY AND INTENTIONALLY ALLOWED THE DISCIPLINARY BOARD To Violate MY RIGHTS AND Policies.

THE ADMINISTRATION Here AT SOUTH CENTRAL CORRECTIONAL FACILITY ARE Denying me LEGAL ASSISTANCE, NOTARY AND Copies FoR ANY LEGAL DOCUMENTATION. I HAVE A SWORN Testimony (video/Audio) BY AN RANKING Staff member Employed BY CORE CiViC Here At SOUTH Central CORRECTIONAL Facility OF THE Harassment AND Retaliation Being Committed Against ME.

For The court To KNOW That if it wasn't For These ACTions By These officals, I would oF MADe pARoLE, REiNSTATE ALL my Good DAys AND compeNSATion For THE meNTAL STRESS I HAVE ENDuRED, HelD Responsible For The Negligence, Harassment AND RETALiATioN I HAVE HAD AGAiNst me Since This wrongful conviction. For The staff To REimburse ALL my property AND commissary That WAS NoT iNveNtoried AND Stored properly.

I swear (or affirm) under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief. Further, I state these statements are made under the penalty of perjury.

*Jaypeph Ryan Gunn*, pro-se

STATE OF TENNESSEE )
)
COUNTY OF WAYNE )

SWORN TO AND SUBSCRIBED before me this the 23rd day of June, 2021

*Tina Bridges*
NOTARY PUBLIC



Mr. Uayseph Gunn
# 475851
555 Forrest Ave
P.O Box 279
Clifton Tenn
38425

RECEIVED
AUG 05 2024
U.S. District Court
Middle District of TN



Office of the Clerk
United States District Court
801 Broadway Room 800
U.S. Courthouse
Nashville Tenn
37203

Film Neither Inspected
Nor Censored And Is
Not Responsible For The Contents